COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:  01-14-00664-CV

Style:  The Archer Group, LLC & John C. Archer II v. City of Anahuac

Date motion filed[*]:  August 8, 2014

Type of motions:  Motion for Temporary Relief to Stay Proceedings and Enforcement of an Order

Parties filing motions:  Appellants

Document to be filed:

Is appeal accelerated?  Yes

Ordered that motions are:

☐ Granted

If document is to be filed, document due:  September 3, 2014

☐ The Court will not grant additional motions to extend time

☐ Denied

☒ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

☐  Other: _____

**<u>Under Texas Civil Practice & Remedies Code § 51.014(a)(8), all proceedings in the trial court are automatically stayed pending resolution of this interlocutory appeal. *See* TEX. CIV. PRAC. & REM. CODE § 51.014(b). Accordingly, the motion for temporary relief to stay proceedings and enforcement of an order is dismissed as moot.</u>**

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                            ☒ Acting individually     ☐ Acting for the Court

Panel consists of _____

Date:  August 11, 2014

November 7, 2008 Revision